UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY DANCY,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      c/o Executive Office of United States Attorneys<br>      600 E Street, N.W.<br>      Washington, D.C. 20530,<br>      Respondent. | Civil Action No. |

## **NOTICE OF REMOVAL**

Respondent, United States of America, through counsel, respectfully notifies the Court as follows:

1. The United States of America is the respondent in the Petition for Writ of Mandamus filed in the above-captioned case, <u>Larry Dancy v. United States of America</u>, Case No. F-3733-96, now pending in the Superior Court of the District of Columbia. The Petition was filed on or about June 4, 2007 and served on the Office of the United States Attorney that same day. <u>See</u> Ex. A.

2. Larry Dancy, the petitioner, seeks mandamus relief solely to compel production of records sought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a. However, the district courts of the United States have exclusive jurisdiction over matters brought pursuant to these two statutes. <u>See</u> 5 U.S.C. § 552(a)(4) and 5 U.S.C. § 552a(g)(1). Accordingly, this action is being removed.

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441 and 1442 (a)(1), because this action is one in which the district court has original jurisdiction to resolve defenses based on federal law. Defendant anticipates filing a response to the Petition, most likely, a Motion to Dismiss, by Monday, June 25, 2007.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1441, 1442 (a)(1), and 1446.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

**LARRY DANCY**

    Petitioner        *

vs.                      *      Case No. F-3733-96
                               Judge: Dixon
**UNITED STATES OF AMERICA**   *     Next Event: Filed Closed

    Respondent        *

### PETITION FOR WRIT OF MANDAMUS

COMES NOW the Defendant, LARRY DANCY, by and through his attorney, Michael S. Blumenthal, Esquire, and , and in support thereof, states as follows:

1. That a FOIA/PA request has been issued to respondent by petitioner.

2. That on July 28, 2006, Mr. William G. Stewart, Acting Assistant Director, United States Attorney's Office, indicated in a telephone conversation with undersigned that the requested materials would imminently be forthcoming.

3. That on January 9, 2007, correspondence to Mr. Stewart was sent asking that Mr. Stewart respond to the FOIA/PA, a copy of which was forwarded to th Court.

4. That to date the materials have not been received.

5. That a Writ of Mandamus lies where, as here, a government agency fails to perform a ministerial function.

WHEREFORE, given the foregoing, Petitioner respectfully requests of this Honorable Court:

1. That Petitioner's Petition for Writ of Mandamus be GRANTED;

2. That the Court provide such other and further relief as


GOVERNMENT EXHIBIT A

the nature of Defendant's cause may require.

Respectfully submitted,

By _____
Michael S. Blumenthal, Esq.
Bar No.: 436975
Attorney for Petitioner
8201 Corporate Drive
Suite 1120
Landover, MD 20785
(301) 459-4442

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Writ of Mandamus has been sent first class mail, postage pre-paid, to the Office of the United States Attorney's, 554 4th Street, N. W., Washington, D.C. 20530, on this 4th day of JUNE, 2007.

_____
Michael S. Blumenthal, Esq.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

**LARRY DANCY**

 Petitioner     *

vs.         *   Criminal No. F-3733-96
              Judge Dixon
**UNITED SATES OF AMERICA** *

 Respondent    *

### ORDER

Upon consideration of Defendant's Writ of Mandamus, it is this _____ day of _____, 20____, by the Superior Court of the District of Columbia **ORDERED**, that Defendant's Writ of Mandamus be and is hereby GRANTED.

           _____
           HERBERT B. DIXON, JR.
           JUDGE, Superior Court of
           the District of Columbia
           (Signed in Chambers)

Copies to:

Michael S. Blumenthal, Esquire
8201 Corporate Drive
Suite 1120
Landover, MD  20785

Office of the United States Attorney
 for the District of Columbia
554 4th Street, N.W.
Wasington, D.C. 20530

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

|  |  |
|---|---|
| LARRY DANCY,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)<br>)   Case No. F-3733-96<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF NOTICE OF REMOVAL OF A CIVIL ACTION

TO:   Michael S. Blumenthal, Eq.
      8201 Corporate Drive, Suite 1120
      Landover, Maryland 20785

PLEASE TAKE NOTICE that on June 20, 2007, the United States of America, through undersigned counsel, filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the Petition for Writ of Mandamus filed in the above-captioned case. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully Submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

*/s/*
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Notice of Removal* was sent by first class, prepaid mail to:

> Michael S. Blumental, Esq.
> 8201 Corporate Drive, Suite 1120
> Landover, Maryland 20785

this 20th day of June, 2007.

_____
BEVERLY M. RUSSELL
Assistant United States Attorney

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS
Larry Dancy    88868

## DEFENDANTS
United States of America
c/o Executive Office of United States Attorneys
600 E Street, N.W.
Washington, D.C. 20530    1104

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael S. Blumenthal, Esq.,
8201 Corporate Drive, Suite 1120
Landover, MD  20785

Case: 1:07-cv-01108
Assigned To : Leon, Richard J.
Assign. Date : 6/20/2007
Description: FOIA/Privacy Act

## II BASIS OF JURISDICTION (SELECT ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY!)
(SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)     OR     ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ⊙ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding    ⊙ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
assault alleged against a federal employee. Removed pursuant to 28 U.S.C. sections 1441, 1442 and 1446.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 0    Select YES only if demanded in complaint    JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE June 20, 2007    SIGNATURE OF ATTORNEY OF RECORD [signature]

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.