UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY DANCY,                )<br>                                            )<br>        Petitioner             )<br>                                            )<br>v.                                       )<br>                                            )<br>UNITED STATES OF AMERICA,  )<br>                                            )<br>        Respondent.          )<br>_____) | Civil Action No. 07-1108(RJL) |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Respondent United States requests that the Court deny the Petitioner's request for a writ of mandamus, and dismiss this suit. Pursuant to Local Rules 7(a) and (h) respectively, a memorandum of points and authorities supporting this motion and a proposed order consistent with the relief requested herein are attached.

Date: June 25, 2007

                                    Respectfully Submitted,

                                    /s/ Jeffrey A. Taylor /dvh
                                    _____
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                    /s/ Rudolph Contreras
                                    _____
                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

                                    /s/ Beverly M. Russell
                                    _____
                                    BEVERLY M. RUSSELL, D.C. Bar #454257
                                    Assistant United States Attorney
                                    U.S. Attorney's Office for the District of Columbia,
                                      Civil Division
                                    555 4th Street, N.W., Rm. E-4915
                                    Washington, D.C. 20530
                                    Ph: (202) 307-0492

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY DANCY, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | Civil Action No. 07-1108(RJL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

On June 4, 2007, Petitioner filed for a Writ of Mandamus in the Superior Court of the District of Columbia ("Superior Court") to compel production of materials that the Petitioner had purportedly requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act ("PA"), 5 U.S.C. § 552a.[1]  On June 20, 2007, Respondent United States removed the Petitioner's suit to this Court because the district courts of the United States have exclusive jurisdiction over matters brought pursuant to these two statutes.  See 5 U.S.C. § 552(a)(4) and 5 U.S.C. § 552a(g)(1).  For reasons stated below, Petitioner's request for a Writ should be dismissed.

---

[1] Petitioner specifically alleged that, after he submitted his FOIA/PA request, Mr. William G. Stewart, Acting Assistant Director, United States Attorney's Office ("USAO"), indicated in a telephone conversation on July 28, 2006 with the Petitioner's counsel that the requested materials would be forthcoming.  See Notice of Removal, Ex. A, Petition for Writ of Mandamus ¶ 2, June 4, 2007.  Respondent's counsel, however, was initially unable to find an employee by that name in the USAO address listing.  Upon clarification from Petitioner's counsel, Respondent's counsel telephoned Garry Stewart in the Executive Office for United States Attorneys, and learned that Mr. Stewart will be out of the office until June 28, 2007.  Respondent's counsel will, however, follow-up with Mr. Stewart to determine whether this matter can be resolved informally.

## ARGUMENT

A writ of mandamus is provided only under exceptional circumstances essential to the administration of justice. See Hanek v. Secretary of HEW, 535 F.2d 1291, 1296 (D.C. Cir. 1976)(emphasis added); In Re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988)(citing Starnes v. McGuire, 512 F.2d 918, 929 (D.C. Cir. 1974) (en banc)). While a federal district court has authority to issue a writ of mandamus pursuant to 28 U.S.C. § 1361, its issuance is not required; rather, mandamus is issued at the discretion of the Court. National Wildlife Federation v. United States, 626 F.2d 917, 923 (D.C. Cir. 1980).

Mandamus generally will not issue unless there is a clear right in the claimant to the relief sought, a plainly defined and nondiscretionary duty on the part of the defendant to honor that right, and no other adequate remedy, either judicial or administrative, available. Ganem v. Heckler, 746 F.2d 844, 852 (D.C. Cir. 1984); accord In Re Lane, 801 F.2d 1040, 1042 (8th Cir. 1986); Homewood Professional Care Center, Ltd. v. Heckler, 764 F.2d 1242, 1251 (7th Cir. 1985); Jones v. Alexander, 609 F.2d 778 (5th Cir. 1980); Billiteri v. U.S. Board of Parole, 541 F.2d 938 (2d Cir. 1976).

The duty of the Federal officer to act must be "ministerial, plainly defined and peremptory." Jeno's Inc. v. Commissioner of Patents and Trademarks, 498 F. Supp. 472, 476 (D. Minn. 1980). The act sought to be compelled must be "a clear nondiscretionary duty." Pittston Coal Group v. Sebben, 488 U.S. 105, 121 (citation omitted); Welch v. Donovan, 551 F. Supp. 809 (D.D.C. 1982). "It is well settled that a writ of mandamus is not available to compel discretionary acts." Cox v. Secretary of Labor, 739 F. Supp. 28, 30 (D.D.C. 1990)(citations omitted).

2

Petitioner's request for mandamus relief must be denied because, as noted supra, Congress has established a comprehensive scheme for individuals seeking production of records held by federal agencies, i.e., the FOIA and Privacy Act. Accordingly, there is an available remedy under which Petitioner may seek redress, and thus, his request for mandamus relief should be denied. Respondent notes however that the Petitioner cannot re-style or recast his Petition as a FOIA or Privacy Act suit but must file a complaint if he wishes to pursue his claims through these statutes. See Santini v. Herman, 456 F.Supp.2d 69, 72 (D.D.C. 2006)(Once subpoena matter removed to District Court, the plaintiff could not re-style the subpoena as a request for records under the FOIA and Privacy Act because the subpoena was not initiated by a complaint. The Court stated, "[l]ike other federal litigation, review of a FOIA case requires in the first instance that a complaint be filed. 5 U.S.C. § 552(a)(4)(B).") Respondent also notes that the Court cannot convert the Petition into a FOIA and Privacy Act suit. Under 28 U.S.C. § 1442, one of the statutory provisions pursuant to which this matter was removed, this Court's jurisdiction is derivative of the Superior Court and nothing in the FOIA or Privacy Act allows the Superior Court to entertain actions under these statutes. See, e.g. Santini, 456 F.Supp.2d at 71.

## CONCLUSION

For reasons stated herein, Respondent United States requests that the Court deny the Petition for Writ of Mandamus, and dismiss this suit.

June 25, 2007

Respectfully Submitted,


/s/ Jeffrey A. Taylor /dvh
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Motion to Dismiss* was sent by first class, prepaid mail to:

Michael S. Blumental, Esq.
8201 Corporate Drive, Suite 1120
Landover, Maryland 20785

this 25th day of June, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY DANCY,**            ) | |
| )                           | |
| Petitioner            )     | |
| )                           | |
| v.                       )  | Civil Action No. 07-1108(RJL) |
| )                           | |
| **UNITED STATES OF AMERICA,** ) | |
| )                           | |
| Respondent.           )     | |
| )                           | |

ORDER

This matter comes before the Court on Respondent's Motion to Dismiss. UPON CONSIDERATION of the Motion, any opposition thereto, and the entire record herein, it is this

___ day of _____, 200__, hereby

ORDERED, that Respondent's Motion is hereby GRANTED; and it is

FURTHER ORDERED, that Petitioner's request for a Writ of Mandamus is DENIED and it is

FURTHER ORDERED, that this suit is DISMISSED;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Michael S. Blumenthal, Esq.
8201 Corporate Drive, Suite 1120
Landover, MD 207859

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530