UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JUL 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LARRY DANCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Case No. 07-CV-1108(RJL) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On June 20, 2007, the above captioned case was removed to this Court from the Superior Court of the District of Columbia. On June 25, 2007, the defendant filed its motion to dismiss plaintiff's complaint. As of the date of this order, plaintiff has not filed an opposition to the motion to dismiss. Accordingly, it is this 27th day of July, 2007, hereby

**ORDERED** that plaintiff shall file a response, if any, to the defendant's motion to dismiss no later than fourteen (14) days from entry of this order. If the plaintiff fails to respond, the Court may treat the motion as conceded pursuant to Local Rule 7(b) and dismiss the complaint against the District.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

