UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
SEP 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LARRY DANCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-CV-1108(RJL) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

### FINAL JUDGMENT

On June 20, 2007, the above captioned case was removed to this Court from the Superior Court of the District of Columbia. Currently before the Court is the defendant's motion to dismiss. For the following reasons, defendant's motion is GRANTED.

Local Rule of Civil Procedure 7(b) provides that an opposing party has 11 days to file a memorandum in opposition to the motion and if such party fails to do so, the court may treat the motion as conceded. LCvR. 7(b). This rule is a "docket-management tool that facilitates efficient and effective resolution of motions by requiring the prompt joining of issues." *Fox v. American Airlines, Inc.*, 389 F.3d 1291, 1294 (D.C. Cir. 2004). In *Fox*, the D.C. Circuit affirmed the District Court's holding that "because the plaintiffs failed to respond to the defendant's...motion, the court treats the motion as conceded and grants the motion." *Id.* (citations omitted). Whether to treat the motion as conceded under Local Rule of Civil Procedure 7(b) is highly discretionary; and our Circuit Court

has noted that "where the district court relies on the absence of a response as a basis for treating the motion as conceded, [the D.C. Circuit will] honor its enforcement of the rule." *Twelve John Does v. District of Columbia*, 117 F.3d 571, 577 (D.C. Cir. 1997).

Here, the defendant moved to dismiss plaintiff's complaint on June 25, 2007. Plaintiff failed to oppose the motion. On July 27, 2007 the Court warned the plaintiff that the motion would be treated as conceded unless the plaintiff filed an opposition within 14 days. To date, no opposition has been filed. Accordingly, it is this 27th day of September, 2007

**ORDERED** that [#2] defendant's motion to dismiss is GRANTED;

**SO ORDERED**.

RICHARD J. LEON
United States District Judge